UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAVAGE RIVER ENTERPRISES, LLC, ) | |
| ) | Case No. 1:25-cv-177 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| SINCLAIR BROADCASTING GROUP, ) | |
| LLC, et al, ) | |
| ) | |
| *Defendants*. | |

## ORDER

Before the Court is a joint filing styled "Stipulation and Agreed Order," which states the parties have agreed to a two-week extension of Plaintiff's deadline to respond to the pending motion to dismiss and contains space for the Court's signature (Doc. 13). The Court construes this filing as a motion to enter a stipulated briefing schedule. For good cause shown, the motion (Doc. 13) is hereby **GRANTED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**