UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SAVAGE RIVER ENTERPRISES, LLC )<br>d/b/a Savage River Kennels, and )<br>)<br>MELISSA WALTHOUR, )<br>)<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>SINCLAIR BROADCAST GROUP LLC )<br>d/b/a WTVC-TV NewsChannel 9, and )<br>)<br>ANNA CAROLINE BARKER )<br>)<br>    *Defendants*. )<br>) | Case No. 1:25-cv-177<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

**ORDER**

    Plaintiffs Savage River Enterprises, LLC ("Savage River") and Melissa Walthour filed a complaint in this case in Hamilton County Circuit Court on April 29, 205, against Defendants Sinclair Broadcast Group, LLC ("Defendant SBG") and Anna Caroline Barker ("Defendant Barker"). (Doc. 1-1.) Defendant SBG removed this action to this Court on May 30, 2025. (Doc. 1.) Following removal, Defendants SBG and Barker filed a motion to dismiss on June 27, 2025 (Doc. 9) to which Plaintiff responded on August 1, 2025 (Doc. 17). That motion remains pending before the Court.

    Federal Rule of Civil Procedure 4(m) provides, in pertinent part:

> If a defendant is not served within 90 days after the complaint is filed, the court –
> on motion or on its own after notice to the plaintiff – must dismiss the action
> without prejudice against that defendant or order that service be made within a

specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

More than 90 days have now passed since the complaint was filed, and there is no evidence in the record to suggest that Plaintiffs have timely served Defendant Barker. Accordingly, Plaintiffs hereby **ORDERED** to file a response showing good cause as to why this action should not be dismissed without prejudice as to Defendant Barker pursuant to Rule 4(m). Plaintiffs' response is due on or before **September 17, 2025**. Alternatively, if Plaintiffs have already served Defendant Barker, they are **ORDERED** to file proof of service with the Court by the date specified above. Additionally, all discovery is **STAYED** pending the resolution of Defendants' motion to dismiss.

Plaintiffs are hereby **ON NOTICE** that failure to show cause or file prior proof of service by the date specified in this Order will result in claims against Defendant Barker being dismissed from this action without prejudice for failure to prosecute.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**